UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIONCA MARIE JASON | CIVIL ACTION |
| VERSUS | NO. 19-11473 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "D" (2) |

## **FINDINGS AND RECOMMENDATION**

Plaintiff Vionca Marie Jason filed her complaint pro se and in forma pauperis against defendant Social Security Administration in this court on July 2, 2019, seeking judicial review pursuant to 42 U.S.C. § 405(g) of the Social Security Act. Rec. Doc. No. 1. The Social Security Administration filed its answer on January 29, 2020. Rec. Doc. No. 14. Thereafter, a scheduling order was issued requiring that plaintiff file a memorandum of facts and law no later than March 13, 2020. Rec. Doc. No. 16.

When plaintiff failed to file a memorandum as ordered by the court, plaintiff was given notice on April 2, 2020, that this matter would be called on May 6, 2020, and that by that date, plaintiff must either (1) file a written report showing cause why she failed to comply with the court's scheduling order and providing a date by which she would comply; or (2) file the previously required memorandum. Record Doc. No. 17. Plaintiff was notified that failure to comply with this order would result in a recommendation that this case be dismissed with prejudice for failure to prosecute. *Id.*

When plaintiff failed to respond to the court's order requiring either an explanation in writing or the filing of her memorandum, plaintiff was notified on May 11, 2020, that the court was granting her one final opportunity to file the required memorandum

concerning the grounds for her appeal, or request an extension of time to do so, no later than June 8, 2020. Record Doc. No. 18. Once again, plaintiff was notified that failure to comply with this order would result in a recommendation that this case be dismissed with prejudice for failure to prosecute. *Id.* Plaintiff failed to file the required memorandum or request an extension of time by June 8, 2020.

Rule 41(b) of the Federal Rules of Civil Procedure provides that a court may in its discretion dismiss any action based on the failure of the plaintiff to prosecute or comply with any order of the court. *Hulsey v. State of Texas*, 929 F.2d 168, 171 (5th Cir. 1991); *McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988); *Brinkmann v. Dallas County Deputy Sheriff Abner*, 813 F.2d 744, 749 (5th Cir. 1987).

In a final effort to provide plaintiff with an opportunity to show cause why her complaint should not be dismissed, I am issuing these Findings and Recommendation to the presiding United States District Judge. Plaintiff is advised that she may object to these Findings and Recommendation within fourteen (14) days from the date of service of this report. It is suggested to plaintiff that any objection should contain a short summary of the reasons why she failed to comply with the court's previous orders. Plaintiff is further advised that any objection should be in writing and filed with the Clerk of the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on a written document containing the caption of this lawsuit.

Plaintiff is advised that failure to file written objections to the Magistrate Judge's Findings and Recommendation may, and probably will, result in dismissal of plaintiff's lawsuit. A party's failure to file written objections to the proposed findings, conclusions,

and recommendation in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc) (citing 28 U.S.C. § 636(b)(1)).[1]

## RECOMMENDATION

It is recommended that, if plaintiff does not file written objections to these Findings and Recommendation, the claims of Vionca Marie Jason be dismissed with prejudice for failure to prosecute.

New Orleans, Louisiana, this 9th day of June, 2020.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

---

[1] *Douglass* referenced the previously applicable ten-day period for the filing of objections. Effective December 1, 2009, 28 U.S.C. § 636(b)(1) was amended to extend the period to fourteen (14) days.