UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VIONCA MARIE JASON | CIVIL ACTION |
| VERSUS | NO. 19-11473 |
| SOCIAL SECURITY ADMINISTRATION | SECTION "D" (2) |

## ORDER

Having reviewed the complaint, the applicable law, and the Magistrate Judge's Findings and Recommendation, the Court approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion herein.

The Court further notes that the plaintiff had until June 23, 2020, to file written objections to the Magistrate Judge's Findings and Recommendations. Because the plaintiff is a *pro se* litigant, the Court allowed an additional seven days to pass before adopting the unopposed Findings and Recommendations in the event that the plaintiff filed untimely objections. The plaintiff did not file objections in the record, timely or untimely.

Accordingly, it is ordered that plaintiff's claims are DISMISSED WITH PREJUDICE under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

New Orleans, Louisiana, this 30th day of June, 2020.

_____
**WENDY B. VITTER**
**UNITED STATES DISTRICT JUDGE**